COMMONWEALTH of Pennsylvania,
Respondent

v.

Luis D. RODRIGUEZ, Petitioner

No. 507 EAL 2016

Supreme Court of Pennsylvania.

April 18, 2017

## ORDER

PER CURIAM

**AND NOW,** this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**